Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17437−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose P Castro
   37 Orris Ave
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0242

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on August 25, 2023 and a confirmation hearing on such Plan has been scheduled for January 3, 2024.

The debtor filed a Modified Plan on December 27, 2023 and a confirmation hearing on the Modified Plan is scheduled for Feb. 7, 2024 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 27, 2023
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17437-CMG |
| Jose P Castro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 27, 2023 | Form ID: 186 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose P Castro, 37 Orris Ave, Piscataway, NJ 08854-5709 |
| 520008799 | #+ | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 520008807 | + | Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 520008809 | + | Lyons Doughty & Veldhuis, PC, Five Greentree Centre, 525 Route 73 North, Suite 400, P.O. Box 987, Marlton, NJ 08053-0987 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520008798 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 27 2023 20:38:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520008800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2023 20:42:31 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520008801 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2023 20:38:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 520008802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 20:43:14 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520008803 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 20:54:04 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 520008804 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 20:53:45 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 520008805 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2023 20:53:45 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 520010583 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2023 20:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520027013 | + | Email/Text: signed.order@pfwattorneys.com | Dec 27 2023 20:37:00 | DIGESTIVE HEALTHCARE CENTER, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520008810 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 23-17437-CMG    Doc 20    Filed 12/29/23    Entered 12/30/23 00:16:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 186 | Total Noticed: 33 |

| | | | |
|---|---|---|---|
| | | Dec 27 2023 20:54:26 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 520008806 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2023 20:37:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520015577 | + Email/Text: ecfbnc@aldridgepite.com | Dec 27 2023 20:37:00 | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520008808 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2023 20:37:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520061959 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 20:43:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520008811 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 27 2023 20:37:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 520065465 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 27 2023 20:37:00 | Nissan-Infiniti LT LLC, fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520071588 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2023 20:54:19 | Portfolio Recovery Associates, LLC, c/o Costco, POB 41067, Norfolk VA 23541 |
| 520098949 | ^ MEBN | Dec 27 2023 20:35:25 | PSE&G, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 520008812 | + Email/Text: mtgbk@shellpointmtg.com | Dec 27 2023 20:37:00 | SHELLPOINT MORTGAGE SERVICING, ATTN: BANKRUPTCY, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 520008813 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 20:54:17 | SYNCB/SUNGLASS HUT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008814 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 20:54:05 | SYNCHRONY BANK/HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008815 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 20:41:37 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008816 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 20:42:30 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008817 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 20:42:36 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 520008818 | + Email/Text: bncmail@w-legal.com | Dec 27 2023 20:37:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 520008819 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2023 20:42:39 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 520067217 | Email/Text: mtgbk@shellpointmtg.com | Dec 27 2023 20:37:00 | Wilmington Savings Fund Society, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 27, 2023 | Form ID: 186 | Total Noticed: 33 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023          Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2018-RPL6 TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Jose P Castro ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4