Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 23-17437 / CMG**

Jose P Castro

Petition Filed Date: 08/25/2023  
341 Hearing Date: 09/21/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/03/2023 | $771.05 | 8716093557 | 11/02/2023 | $771.05 | 8716093842 | 12/06/2023 | $771.05 | 203587162096 |

**Total Receipts for the Period: $2,313.15     Amount Refunded to Debtor Since Filing: $0.00     Total Receipts Since Filing: $2,313.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose P Castro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Russell L. Low, Esq. | Attorney Fees | $3,750.00 | $0.00 | $3,750.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | CAVALRY SPV I, LLC<br>»»  CITIBANK,NA | Unsecured Creditors | $5,091.77 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2018 | Unsecured Creditors | $11,158.01 | $0.00 | $0.00 |
| 3 | DIGESTIVE HEALTHCARE CENTER<br>»»  JUDGMENT DJ-006294-20 | Secured Creditors | $2,068.14 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $307.95 | $0.00 | $0.00 |
| 5 | NISSAN-INFINITI LT<br>»»  2018 INFINITI/DEFICIENCY | Unsecured Creditors | $15,687.20 | $0.00 | $0.00 |
| 6 | CAVALRY SPV I, LLC<br>»»  CITIBANK, NA | Unsecured Creditors | $1,613.38 | $0.00 | $0.00 |
| 7 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>»»  P/37 ORRIS AVE/1ST MTG | Mortgage Arrears | $26,672.96 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COSTCO | Unsecured Creditors | $6,504.88 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-17437 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,313.15 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $771.05 |
| Paid to Trustee: | $192.00 | Arrearages: | $1,542.10 |
| Funds on Hand: | $2,121.15 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

