Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17437−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose P Castro
   37 Orris Ave
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0242

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 8, 2024.

Dated: March 8, 2024
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-17437-CMG
Jose P Castro  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Mar 08, 2024     Form ID: plncf13     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose P Castro, 37 Orris Ave, Piscataway, NJ 08854-5709 |
| 520008807 | + | Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 520008809 | + | Lyons Doughty & Veldhuis, PC, Five Greentree Centre, 525 Route 73 North, Suite 400, P.O. Box 987, Marlton, NJ 08053-0987 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520008798 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 08 2024 20:54:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520008800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2024 20:50:50 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520008801 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2024 20:54:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 520008802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:03:54 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520008803 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:04:01 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 520008804 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:04:03 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 520008805 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2024 20:50:56 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 520010583 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2024 20:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520027013 | + | Email/Text: signed.order@pfwattorneys.com | Mar 08 2024 20:53:00 | DIGESTIVE HEALTHCARE CENTER, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520008810 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:03:53 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 |

Case 23-17437-CMG   Doc 30   Filed 03/10/24   Entered 03/11/24 01:17:05   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: plncf13 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DUKE BOULEVARD, MASON, OH 45040 |
| 520008806 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2024 20:53:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520015577 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 08 2024 20:53:00 | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520008808 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2024 20:53:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520061959 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2024 21:03:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520008811 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 08 2024 20:53:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 520065465 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 08 2024 20:53:00 | Nissan-Infiniti LT LLC, fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520071588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2024 21:03:54 | Portfolio Recovery Associates, LLC, c/o Costco, POB 41067, Norfolk VA 23541 |
| 520098949 | ^ | MEBN | Mar 08 2024 20:48:23 | PSE&G, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 520008812 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 08 2024 20:53:00 | SHELLPOINT MORTGAGE SERVICING, ATTN: BANKRUPTCY, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 520008813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 21:04:01 | SYNCB/SUNGLASS HUT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 20:51:27 | SYNCHRONY BANK/HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 21:03:56 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008816 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 21:04:10 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 20:51:29 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 520008818 | + | Email/Text: bncmail@w-legal.com | Mar 08 2024 20:54:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 520008819 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2024 20:52:04 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 520067217 | | Email/Text: mtgbk@shellpointmtg.com | Mar 08 2024 20:53:00 | Wilmington Savings Fund Society, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520008799 | ##+ | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: plncf13 | Total Noticed: 32 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2018-RPL6 TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Jose P Castro ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4