**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                                Case No. 23-17437-CMG
                                                                      Chapter 13

Jose P Castro

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 009221995
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Fax: (215) 572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of August, 2024, to the following:

Russell L. Low
Low & Low
505 Main St.
Suite 304
Hackensack, NJ 07601
ecf@lowbankruptcy.com
*Attorney for Debtor(s)*

Albert Russo
CN 4853
Trenton, NJ 08650-4853
arusso@russotrustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Jose P Castro
37 Orris Ave
Piscataway, NJ 08854

*Debtor(s)*


                                                  By:        /s/ Steven K. Eisenberg
                                                            Steven K. Eisenberg, Esquire