Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                        Case No.:  23−17437−CMG
                                        Chapter:  13
                                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose P Castro
   37 Orris Ave
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0242

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 19, 2024
JAN: rms

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17437-CMG |
| Jose P Castro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 19, 2024 | Form ID: 148 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose P Castro, 37 Orris Ave, Piscataway, NJ 08854-5709 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520008807 | + | Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520008798 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 19 2024 20:53:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520008799 | ^ | MEBN | Dec 19 2024 20:34:38 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 520008800 | + | EDI: CAPITALONE.COM | Dec 20 2024 01:29:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520008801 | + | Email/Text: bankruptcy@cavps.com | Dec 19 2024 20:53:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 520008802 | + | EDI: CITICORP | Dec 20 2024 01:29:00 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520008803 | | EDI: CITICORP | Dec 20 2024 01:29:00 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 520008804 | + | EDI: CITICORP | Dec 20 2024 01:29:00 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 520008805 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2024 20:57:09 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 520010583 | + | Email/Text: bankruptcy@cavps.com | Dec 19 2024 20:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520027013 | + | Email/Text: signed.order@pfwattorneys.com | Dec 19 2024 20:51:00 | DIGESTIVE HEALTHCARE CENTER, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520008810 | | EDI: CITICORP | | |

Case 23-17437-CMG    Doc 38    Filed 12/21/24    Entered 12/22/24 00:15:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 148 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 20 2024 01:29:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 520008806 | | EDI: IRS.COM | | |
| | | | Dec 20 2024 01:29:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520015577 | + | Email/Text: ecfbnc@aldridgepite.com | | |
| | | | Dec 19 2024 20:52:00 | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520008808 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Dec 19 2024 20:51:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520061959 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 19 2024 21:09:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520008809 | + | Email/Text: BKNotice@ldvlaw.com | | |
| | | | Dec 19 2024 20:52:00 | Lyons Doughty & Veldhuis, PC, Five Greentree Centre, 525 Route 73 North, Suite 400, P.O. Box 987, Marlton, NJ 08053-0987 |
| 520008811 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 19 2024 20:51:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 520065465 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 19 2024 20:51:00 | Nissan-Infiniti LT LLC, fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520071588 | | EDI: PRA.COM | | |
| | | | Dec 20 2024 01:29:00 | Portfolio Recovery Associates, LLC, c/o Costco, POB 41067, Norfolk VA 23541 |
| 520098949 | ^ | MEBN | | |
| | | | Dec 19 2024 20:35:07 | PSE&G, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 520008812 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Dec 19 2024 20:51:00 | SHELLPOINT MORTGAGE SERVICING, ATTN: BANKRUPTCY, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 520008813 | + | EDI: SYNC | | |
| | | | Dec 20 2024 01:29:00 | SYNCB/SUNGLASS HUT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008814 | + | EDI: SYNC | | |
| | | | Dec 20 2024 01:29:00 | SYNCHRONY BANK/HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008815 | + | EDI: SYNC | | |
| | | | Dec 20 2024 01:29:00 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008816 | + | EDI: SYNC | | |
| | | | Dec 20 2024 01:29:00 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520008817 | + | EDI: SYNC | | |
| | | | Dec 20 2024 01:29:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 520008818 | + | EDI: WTRRNBANK.COM | | |
| | | | Dec 20 2024 01:29:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 520008819 | + | EDI: WFFC2 | | |
| | | | Dec 20 2024 01:29:00 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 520067217 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Dec 19 2024 20:51:00 | Wilmington Savings Fund Society, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 23-17437-CMG    Doc 38    Filed 12/21/24    Entered 12/22/24 00:15:38    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 148 | Total Noticed: 34 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2018-RPL6 TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Jose P Castro ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Steven Eisenberg | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but Solely as Owner Trustee for CSMC 2018-RPL6 Trust bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6